```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

Miriam Neuhaus,                                                          7:24-CV-01410 (PMH)

                                                                         [USBC-SDNY 21-B-22045 (CGM)]
                        Debtor.
                                                                         ORDER


-----------------------------------------------------------x
```

PHILIP M. HALPERN, District Judge:

On May 22, 2024, the Court directed Appellant to show cause by 5:00 p.m. on May 29, 2024 by letter filed via ECF why this appeal should not be dismissed under Rule 8018(a)(1). (Doc. 6). No such letter has been filed and Appellant has not otherwise communicated with the Court in any way.

In light of Appellant's failure to file her brief on time, having been given adequate notice by the Court under Rule 8018(a)(4), and Appellant having failed to comply with the bankruptcy appeal brief filing deadlines as well as the Court's May 22nd Order, this appeal is hereby DISMISSED under Rule 8018(a)(1).

The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: White Plains, New York
       May 30, 2024

                                                    _____
                                                    Philip M. Halpern
                                                    United States District Judge